[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-13012
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 3, 2012
JOHN LEY
CLERK

D.C. Docket No. 6:05-cr-00131-JA-GJK-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus


C. KEITH LAMONDA,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 3, 2012)

Before BARKETT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Kyle Fletcher, appointed counsel for C. Keith LaMonda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, the district court's denial of LaMonda's motion for miscellaneous relief and its final judgment of forfeiture are **AFFIRMED**, and LaMonda's motion for the appointment of new counsel is **DENIED.**